# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

LOLA LISTER,                                     )
                                                 )
        Plaintiff,                               )
                                                 )
        v.                                       )
                                                 )        C.A. No. N15C-11-025
DON J. SNOWDEN AND                               )
COLONIAL SCHOOL                                  )
DISTRICT,                                        )
                                                 )
        Defendants.                              )


June 14, 2017

On Defendants' Motion to Dismiss.


Whereas, having reviewed the papers and hearing from counsel regarding Defendants' Motion to Dismiss, and Plaintiff's Response thereto, Defendants' Motion to Dismiss is hereby **DENIED.** Discovery is closed but Defendants are entitled to their DME. Plaintiff is ordered to attend a DME with Defendants' medical expert. Defendants Motion for sanctions is hereby **GRANTED IN PART**. Plaintiff is to pay $500.00 for the cost of the missed appointments.

**IT IS SO ORDERED.**

_____
**Judge Calvin L. Scott, Jr.**